IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO: _____ |
| UNIVERSITAS EDUCATION, LLC, and RIDGEWOOD FINANCE II, LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC., | § § § § § | |
| *Defendants.* | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please TAKE NOTICE that John M. Wolfson hereby enters his appearance on behalf of Defendant Universitas Education, LLC. Mr. Wolfson's contact information is as follows:

>John M. Wolfson
>Federal Bar No. ct03538
>FEINER WOLFSON LLC
>One Constitution Plaza, Suite 900
>Hartford, Connecticut  06103
>(860) 713-8900 tel.
>(860) 713-8905 fax
>jwolfson@feinerwolfson.com

//

//

//

1

Dated: June 12, 2015

Respectfully submitted,

FEINER WOLFSON LLC

/s/ *John M. Wolfson*
John M. Wolfson
Federal Bar No. ct03538
jwolfson@feinerwolfson.com
Benjamin M. Wattenmaker
Federal Bar No. ct26923
bwattenmaker@feinerwolfson.com
One Constitution Plaza, Suite 900
Hartford, Connecticut 06103
(860) 713-8900 tel.
(860) 713-8905 fax

Shannon A. Lang*
slang@sturmlegal.com
STURM LAW, PLLC
723 Main Street, Suite 330
Houston, Texas 77002
(713) 955-1800 tel.
(713) 955-1078 fax

* Application for Admission forthcoming

*Attorneys for Defendant*
*Universitas Education LLC*

# CERTIFICATE OF SERVICE

I certify that on June 12, 2015, a true and correct copy of the foregoing document was served via facsimile and first class mail on the following:

John W. Cannavino
David T. Martin
CUMMINGS & LOCKWOOD, LLC
Six Landmark Square
Stamford, Connecticut  06901
(203) 327-1700 tel.
(203) 708-3865 fax

*Attorneys for Plaintiff Wilmington Savings Fund Society, FSB, as successor-in-interest to Christiana Bank & Trust Company*

I certify that on June 12, 2015, a true and correct copy of the foregoing document was served via hand delivery on the following:

Ridgewood Finance II LLC
c/o Corporation Service Company
50 Weston Street
Hartford, Connecticut  06120-1537

/s/ *John M. Wolfson*
John M. Wolfson