# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, § § § § § | | |
| *Plaintiff*, § § | | |
| v. § § | CIVIL ACTION NO: 3:15-CV-00911-VLB | |
| UNIVERSITAS EDUCATION, LLC, and RIDGEWOOD FINANCE II, LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC., § § § § § | | |
| *Defendants.* § | July 24, 2015 | |

**UNIVERSITAS EDUCATION, LLC'S
MOTION TO STAY LITIGATION AND COMPEL ARBITRATION**

**TABLE OF EXHIBITS**

| Exhibit No. | Description |
|:---:|---|
| A | Table of Exhibits |
| B | Declaration of Shannon A. Lang |
| C | Notice of Arbitration & Statement of Claim |
| D | Excerpts of the Hearing Testimony of Jack Robinson |
| E | Charter Oak Trust Declaration of Trust (draft) |
| F | Charter Oak Trust Declaration of Trust (operative) |
| G | Appointment Agreement |
| H | Request to Christiana for Corporate Trust Account |
| I | Christiana New Account Set-Up Form |
| J | Charter Oak Trust Trustee's Certificate |
| K | Christiana Bank & Trust Trust Vault Receipt |
| L | Christiana Bank & Trust Account Statement |

2

| | |
|---|---|
| **M** | **C.O.N.C.O.R.D. Record for Nova Group, Inc.** |
| **N** | **Email (Feb. 27, 2009) between Christiana & Nova** |
| **O** | **Email (April 19, 2011) between Ridgewood (Caldwell) & Christiana** |
| **P** | **Subpoenas *duces tecum* to WSFS/Christiana** |