# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB**, as successor-in-interest to **CHRISTIANA BANK & TRUST COMPANY**,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNIVERSITAS EDUCATION, LLC**, and **RIDGEWOOD FINANCE II, LLC**, as successor-in-interest to **RIDGEWOOD FINANCE, INC.**,<br><br>*Defendants*. | CIVIL ACTION NO: 3:15-CV-00911-VLB<br><br><br><br>July 24, 2015 |

<u>**DECLARATION OF SHANNON A. LANG
IN SUPPORT OF UNIVERSITAS EDUCATION, LLC'S
MOTION TO STAY LITIGATION AND COMPEL ARBITRATION**</u>

I, Shannon A. Lang, declare and state as follows:

1. I am an attorney with Sturm Law, PLLC, and represent Defendant Universitas Education, LLC ("Universitas"), in the above-captioned action.[1] I have personal knowledge of the facts stated herein and am authorized to submit this declaration in support of Universitas' Motion to Stay Litigation and Compel Arbitration ("Motion").

2. Attached as Exhibit C to the Memorandum in Support of Universitas' Motion is a true and correct copy of Universitas' Notice of Arbitration and Statement of Claim, filed with the American Arbitration Association on April 6, 2014.

---

[1] My application for admission to the United States District Court for the District of Connecticut has been approved and will be granted upon my swearing in on September 14, 2015.

1

3. Attached as Exhibit D to the Memorandum in Support of Universitas' Motion is a true and correct copy of excerpts of the transcript of Jack Robinson's sworn testimony, given during the December 2010 American Arbitration Association arbitration hearing in Case No. 13-195-Y-1558-10, *Universitas Education, LLC v. Nova Group, Inc.* (the "Nova Arbitration").

4. Attached as Exhibit E to the Memorandum in Support of Universitas' Motion is a true and correct copy of a draft of the Charter Oak Trust Declaration of Trust, bearing Production Number COT_WSFS000726–747, and produced by Plaintiff Wilmington Savings Fund Society, FSB, as successor-in-interest to Christiana Bank & Trust Company ("WSFS"), in response to a subpoena *duces tecum* served by Universitas in connection with Case No. 11-1590-LTS-HBP, *Universitas Education, LLC v. Nova Group, Inc.* (the "Nova Litigation"), pending in the United States District Court for the Southern District of New York.

5. Attached as Exhibit F to the Memorandum in Support of Universitas' Motion is a true and correct copy of the operative version of the Charter Oak Trust Declaration of Trust, bearing Production Number UNIV-002355–2377, and produced by Universitas in connection with the Nova Arbitration and/or Nova Litigation. (This document is also attached as Exhibit A to WSFS's Complaint in this matter.)

6. Attached as Exhibit G to the Memorandum in Support of Universitas' Motion is a true and correct copy of the Appointment Agreement, bearing Production Number COT_WSFS000711–16, and produced by WSFS in response to a subpoena *duces tecum* served by Universitas in connection with the Nova Litigation. (This document is also attached as Exhibit B to WSFS's Complaint in

this matter.)

7.     Attached as Exhibit H to the Memorandum in Support of Universitas' Motion is a true and correct copy of Jack Robinson's December 21, 2006, letter to Christiana, bearing Production Number COT_WSFS000766 and produced by WSFS in response to a subpoena *duces tecum* served by Universitas in connection with the Nova Litigation.

8.     Attached as Exhibit I to the Memorandum in Support of Universitas' Motion is a true and correct copy of a Christiana New Account Set-Up Form, bearing Production Number COT_WSFS000551, and produced by WSFS in response to a subpoena *duces tecum* served by Universitas in connection with the Nova Litigation.

9.     Attached as Exhibit J to the Memorandum in Support of Universitas' Motion is a true and correct copy of a Charter Oak Trust Trustee's Certificate, bearing Production Number COT_WSFS000773, and produced by WSFS in response to a subpoena *duces tecum* served by Universitas in connection with the Nova Litigation.

10.    Attached as Exhibit K to the Memorandum in Support of Universitas' Motion is a true and correct copy of a Christiana Bank and Trust Trust Vault Receipt, bearing Production Number COT_WSFS000815, and produced by WSFS in response to a subpoena *duces tecum* served by Universitas in connection with the Nova Litigation.

11.    Attached as Exhibit L to the Memorandum in Support of Universitas' Motion is a true and correct copy of a Christiana Bank & Trust Account Statement,

bearing Production Number NOVA001535–50, and produced by Nova in connection with the Nova Arbitration and/or Nova Litigation.

12. Attached as Exhibit M to the Memorandum in Support of Universitas' Motion is a true and correct copy of a record maintained by the Connecticut Secretary of State's "C.O.N.C.O.R.D." corporate filing system, accessed July 22, 2015, and reflecting, for filing year 2008, Amanda Rossi as Secretary of Nova Group, Inc.

13. Attached as Exhibit N to the Memorandum in Support of Universitas' Motion is a true and correct copy of a February 27, 2009, email to, *inter alia*, "Jenny NOVA" from Deborah Lutes, Assistant Vice President for Christiana, concerning a wire transfer for a premium payment on a Trust asset, bearing Production Number COT_WSFS000339–42, and produced by WSFS in response to a subpoena *duces tecum* served by Universitas in connection with the Nova Litigation.

14. Attached as Exhibit O to the Memorandum in Support of Universitas' Motion is a true and correct copy of an April 19, 2011, email exchange between Patrice Lala of Caldwell Life Strategies Corporation (Ridgewood's corporate parent) and Christiana, bearing Production Number COT_WSFS000543–44, and produced by WSFS in response to a subpoena *duces tecum* served by Universitas in connection with the Nova Litigation.

15. Attached as Exhibit P to the Memorandum in Support of Universitas' Motion are true and correct copies of two subpoenas *duces tecum* served on WSFS by Universitas in connection with the Nova Litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2015.

_____
Shannon A. Lang