# EXHIBIT N



# CHRISTIANA
BANK & TRUST

300 Delaware Ave
Suite 714
Wilmington DE 19801

Account Officer: Deborah L. Lutes
Contact Phone Number: 302-888-7488

Investment Officer: Directed Account
Contact Phone Number:

Cover Page

*Statement of Value and Activity*

January 31, 2008 - December 31, 2008

Christiana Bank and Trust Oompany
Trustee for Charter Oak Trust
CH125161-0

## Table of Contents

| | |
|---|---:|
| *Account Summary* | 1 |
| *Asset Detail* | 2 |
| *Transaction Summary* | 7 |
| *Transaction Detail* | 8 |
| *Meseages and Notices* | 11 |

**Charter Oak Trust**
ATTN: Amanda Rossi
100 Grist Mill Road
Simsbury, CT 06070

0002182 - 080019'

NOVA001535

This page intentionally left blank.


0002182 - 0800191 NOVA001536



# CHRISTIANA
## BANK & TRUST

300 Delaware Ave
Suite 714
Wilmington DE 19801

## Acccunt Summary

### Statement of Value and Activity

January 31, 2008 - December 31, 2008

### Market Value Reconciliation

|  | This Period | 1/1/08 to 12/31/08 |
|---|---|---|
| **Beginning Market Value** | $0.00 | $0.00 |
| Additions | $0.00 | $0.00 |
| Distributions | $0.00 | $0.00 |
| Fees/Expenses/Taxes | $0.00 | $0.00 |
| Income | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Non Cash Asset Changes | $0.00 | $0.00 |
| Asset Transfers | $6.00 | $6.00 |
| Change in Market Value | $0.00 | $0.00 |
| **Ending Market Value** | **$6.00** | **$6.00** |
| Realized Gains/Losses (Included in Total Above) | $0.00 | $0.00 |

### Asset Allocation Summary

| | | Asset Class | Balance |
|---|---|---|---|
| | 100% | Misoellaneous | $6.00 |
| | 100% | Total Assets Value | $6.00 |


0002183 - 0800191
NOVA001537

Charter Oak Trust - Account # CH125161-0


Page 1 of 13


# Asset Detail

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

### Asset Detail

| Description | Shares/Par Value | Current Price | Market Value | Unrealized G/L | Tax Cost | Est. Ann. Income |
|---|---|---|---|---|---|---|
| *Miscellaneous* | | | | | | |
| *Sundry* | | | | | | |
| Penn Mutual Po#8214705 M Knoblooh<br>CUSIP: 287437439 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl Ins Co PO# 97520679 V Ogden<br>CUSIP: IN1041442 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl Ins Co PO# 97520708 D Siewert<br>CUSIP: PHL97520708 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl, Policy #97527951 T. Collins<br>CUSIP: 313265985 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Amer Natl #U0581851 M Ainsworth<br>OUSIP: 225588488 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| AXA Ins #157207141 P Beekman<br>CUSIP: PX4684628 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| AXA PO# 157200846 A Tucker<br>CUSIP: 030920078 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| AXA PO# 157200848 A Tucker<br>CUSIP: 181819194 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| AXA PO# 157200849 A Tucker<br>CUSIP: 072507254 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Jf Pol #Jf5578759 A Zoland<br>CUSIP: 992020875 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| JP PO. #Jp5582252 M Singer<br>CUSIP: 952952646 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Lincoln Life Ins #7305475 S. Spencer<br>CUSIP: LL7305475 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |

0002183 - 0800191
NOVA001538

# Asset Detail (continued)

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

| Description | Shares/Par Value | Current Price | Market Value | Unrealized G/L | Tax Cost | Est. Ann. Income |
|---|---|---|---|---|---|---|
| Lincoln Life Ins #7320809 J Musiker<br>CUSIP: 181818188 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Lincoln Life PO# 7820809 S Spencer<br>CUSIP: IP7320809 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Lincoln National Bernard Weingarten<br>CUSIP: 256545849 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI PO# Jj7017618 M Hinds<br>CUSIP: 652052523 | 1.00 | 1.00 | $1.00 | $0.00 | $1.00 | $0.00 |
| LI PO# Jj7017826 B Coldsmith<br>CUSIP: 545088551 | 1.00 | 1.00 | $1.00 | $0.00 | $1.00 | $0.00 |
| LI PO# Jj7017837 G Gerdon<br>CUSIP: 852152456 | 1.00 | 1.00 | $1.00 | $0.00 | $1.00 | $0.00 |
| LI PO# Jj7039114 G Sanders<br>CUSIP: 348751827 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI PO# Jj7030478 B Cergill<br>CUSIP: 547294520 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI PO# Jj7034763 D Janis<br>CUSIP: 892388845 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI PO# Jj7038754 R Jacobson<br>CUSIP: 478542913 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Po#Jj7008016 C Deokard<br>CUSIP: 123526246 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Po#Jj7014955 A Patton<br>CUSIP: 151587482 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Pol #Jj7042165 J. Neely<br>CUSIP: 234836431 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Pol# Jj7006237 J. Terry<br>CUSIP: LL8418296 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |

0002184 - 0800191
NOVA001539

# Asset Detail (continued)

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

| Description | Shares/Par Value | Current Price | Market Value | Unrealized G/L | Tax Cost | Est. Ann. Income |
|---|---|---|---|---|---|---|
| LI Pol#Jj7027445 J Stradling<br>CUSIP: 892363480 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Pol#Jj7027556 W. Dudley<br>CUSIP: 114425556 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Policy #Jj7046080 J. Pennington<br>CUSIP: 278347349 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Polioy #Jj7046689 G. Sher<br>CUSIP: 378943740 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI Policy Jj7030498 R. Myers<br>CUSIP: 902693495 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI, Policy #Jj7026562 M. Bailey<br>CUSIP: 473786892 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| LI, Policy #Jj7040613 J. Weatherford<br>CUSIP: LL8345926 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Metlife PO #20721245usu Kellam<br>CUSIP: 256595851 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Metlife Po#207240396usu Deckard<br>CUSIP: LL6415276 | 1.00 | 1.00 | $1.00 | $0.00 | $1.00 | $0.00 |
| Metlife Po#207240400usu Deckard<br>CUSIP: LL3412870 | 1.00 | 1.00 | $1.00 | $0.00 | $1.00 | $0.00 |
| Penn Mutual Po#8207341 W Smith<br>CUSIP: 021620080 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Penn Mutual Po#8209124 V. Espara<br>CUSIP: 122121320 | 1.00 | 1.00 | $1.00 | $0.00 | $1.00 | $0.00 |
| Penn Mutual, PO #8209251 L. Grossman<br>CUSIP: 283943933 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Pennmutual Po#8209305 L Gonsalves<br>CUSIP: 437893845 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |

## Asset Detail (continued)

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

| Description | Shares/Par Value | Current Price | Market Value | Unrealized G/L | Tax Cost | Est. Ann. Income |
|---|---|---|---|---|---|---|
| Phl PO #97529560 J Robertson<br>CUSIP: 892689388 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl PO. #97521947 T. Knowles<br>CUSIP: 995541414 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl PO. #97521965 E. Laveck<br>CUSIP: 999414154 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl PO. #97522590 J. Bennett<br>CUSIP: IP8887888 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl PO. #975522159 H. Cooper<br>CUSIP: 959567850 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl PO# 97525897s Krevlin<br>CUSIP: 161867456 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl Variable PO# 97520753 H Manning<br>CUSIP: IN6248977 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phl, Po#97530064, J Persoon<br>CUSIP: 654654656 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phoenix Ins #97521952 B Conybeare<br>CUSIP: 223397977 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phoenix Ins#97521280 C Burhanan<br>CUSIP: 112266903 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phoenix Ins#97521959 V May<br>CUSIP: 111555884 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Phoenix Life #97521289 R Solem<br>CUSIP: 159789650 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Sun Life Ass #020150259 M Reiss<br>CUSIP: 569798887 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |

0002185 - 0800191

NOVA001541

## Asset Detail (continued)

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

| Description | Shares/Par Value | Current Price | Market Value | Unrealized G/L | Tax Cost | Est. Ann. Income |
|---|---|---|---|---|---|---|
| TA P.O #65068470 S. Thomson<br>CUSIP: 925684748 | 1.00 | 0.00 | $0.00 | -$1.00 | $1.00 | $0.00 |
| Total Miscellaneous | | | $6.00 | -$48.00 | $54.00 | $0.00 |
| **Total All Assets** | | | $6.00 | -$48.00 | $54.00 | $0.00 |

0002185 - 0800191

NOVA001542

# Transaction Summary

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

### Transaction Summary

| Transaction Category | Principal Cash | Income Cash |
|---|---:|---:|
| Beginning Cash Balance on 1/1/08 | $0.00 | $0.00 |
| **Receipts** | | |
|   Dividend Income | $0.00 | $0.00 |
|   Other Income | $0.00 | $0.00 |
|   Interest Income | $0.00 | $0.00 |
|   Additions | $0.00 | $0.00 |
|   Oapital Gains Distributions | $0.00 | $0.00 |
|   Tax Exempt Dividends & Interest | $0.00 | $0.00 |
|   **Total Receipts** | $0.00 | $0.00 |
| **Disbursements** | | |
|   Distributions | $0.00 | $0.00 |
|   Fees | $0.00 | $0.00 |
|   Expenses | $0.00 | $0.00 |
|   Taxes | $0.00 | $0.00 |
|   **Total Disbursements** | $0.00 | $0.00 |
| **Purchases** | $0.00 | $0.00 |
| **Sales/Maturities** | $0.00 | $0.00 |
| **Asset Transfers** | | |
|   Free Receipts | $0.00 | $0.00 |
|   Free Deliveries | $0.00 | $0.00 |
|   **Total Asset Transfers** | $0.00 | $0.00 |
| **Other** | $0.00 | $0.00 |
| **Ending Cash Balance on 12/31/08** | $0.00 | $0.00 |

0002185 - 0800191

NOVA001543

## Transaction Detail

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

### Transaction Details By Category

| Date | Transaction Description | Principal Cash | Income Cash | Tax Cost |
|---|---|---|---|---|
| 1/31/08 | Beginning Balance | $0.00 | $0.00 | |
| | **Asset Transfers** | | | |
| | *Free Receipts* | | | |
| 2/13/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | Penn Mutual, Policy #8207641 | | | |
| | Market Value of $9.00 | | | |
| 2/15/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | Met Life Ins. Po#207240396usu | | | |
| | Market Value of $1.00 | | | |
| 2/15/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | Met Life Ins. Po#207240400usu | | | |
| | Market Value of $1.00 | | | |
| 2/27/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | LI PO# Jj7017826 B Goldsmith | | | |
| | Market Value of $1.00 | | | |
| 2/27/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | LI PO# Jj7017637 G Gordon | | | |
| | Market Value of $1.00 | | | |
| 2/27/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | LI PO# Jj7017616 M Hinds | | | |
| | Market Value of $1.00 | | | |
| 3/7/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | Penn Mutual Po#8209124 V. Esparo | | | |
| | Market Value of $1.00 | | | |
| 4/16/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | Lincoln National Life, Policy #Jj702 | | | |
| | Market Value of $0.00 | | | |
| 4/22/08 | Received 1 Unit of | $0.00 | $0.00 | $1.00 |
| | Phl, Policy #97527951 | | | |
| | Market Value of $0.00 | | | |

0002186 - 0800191
NOVA001544

# Transaction Detail (continued)

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

| Date | Transaction Description | Principal Cash | Income Cash | Tax Cost |
|---|---|---|---|---|
| 5/12/08 | Received 1 Unit of<br>Penn Mutual, Policy #8209251<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 5/28/08 | Received 1 Unit of<br>Pennmutual Po#8209305 L Gonsalves<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 6/25/08 | Received 1 Unit of<br>Phl, Po#97530084, J Persoon<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 7/8/08 | Received 1 Unit of<br>LI Policy Jj7030498 R. Myers<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 7/8/08 | Received 1 Unit of<br>Phl PO #97529560 J Robertson<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 7/10/08 | Received 1 Unit of<br>LI PO# Jj7034763 D Janis<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 7/14/08 | Received 1 Unit of<br>LI PO# Jj7030478 B Cargill<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 7/14/08 | Received 1 Unit of<br>LI PO# Jj7029114 G Sanders<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 7/14/08 | Received 1 Unit of<br>LI PO# Jj7038754 R Jacobson<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 8/4/08 | Received 1 Unit of<br>Lincoln National Life, Policy #Jj702<br>Market Value of $0.00 | $0.00 | $0.00 | $1.00 |

0002187 - 0800191
NOVA001545

## Transaction Detail (continued)

## Statement of Value and Activity

January 31, 2008 - December 31, 2008

| Date | Transaction Description | Principal Cash | Income Cash | Tax Cost |
|---|---|---|---|---|
| 8/11/08 | Received 1 Unit of Lincoln National Life, Pol#Jj7027445 Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 9/2/08 | Received 1 Unit of Lincoln Natl Life, Pol #Jj7042165 Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 9/15/08 | Received 1 Unit of LI Policy #Jj7046699 G. Sher Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 9/28/08 | Received 1 Unit of Polioy #Jj7043080 J. Pennington Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 9/24/08 | Received 1 Unit of Penn Mutual Po#8214705 M Knobloch Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| 10/8/08 | Received 1 Unit of LI, Polioy #Jj7040813 J. Weatherford Market Value of $0.00 | $0.00 | $0.00 | $1.00 |
| **Total Asset Transfers** | | **$0.00** | **$0.00** | |
| **12/31/08** | **Ending Cash Balance** | **$0.00** | **$0.00** | |

0002187 - 0800191
NOVA001546

## Messages and Notices

## *Statement of Value and Activity*
*January 31, 2008 - December 31, 2008*

## *About Your Account Statement*

*Your Activity Summary:* A summary of cash flow and earnings received in your portfolio during the statement period and calendar year-to-date.

*Beginning/Ending Market Value:* The total market value of investments (including any cash balance) held by your portfolio at the end of the prior statement period and at the end of the current statement period.

*Additions:* Any contributions of cash to your portfolio.

*Withdrawals:* Any disbursements of cash from your portfolio, including charges relating to fees paid from this account for investment management or account administration services.

*Income:* The dividends and interest received from investments held by your portfolio.

*Security Transfers:* The net market value of securities transferred in or out of your portfolio and other miscellaneous non-cash investment activities.

*Change in Market Value:* The change in the total market value of your investments from the beginning to the end of the statement period. This includes corporate actions that affect your holdings.

*Your Asset Allocation Summary:* A graphical illustration of your investment allocation by asset class, accompanied by a tabular listing of your allocation by asset class, as of the end of the statement period.

*The Value of Your Portfolio Investments:* A table detailing each investment in your portfolio (including any cash balance), with subtotals by asset class and a grand total for your portfolio, as of the end of the statement period.

*Shares/Par Value:* The number of units held by your portfolio as of the end of the period.

*Current Price:* For equity securities, the price of one unit as of the end of the period. For fixed income securities, the percentage of face value as of the end of the period.

*Market Value:* The value of an asset as of the end of the period.

*Cost Basis:* The net amount of cash, including commissions and dividends received, paid for the asset.

*Unrealized Gain/Loss:* The difference between market value and the cost of the asset at acquisition.

0002188 - 0800191

NOVA001547

## *Statement of Value and Activity*

*January 31, 2008 - December 31, 2008*

### *About Your Account Statement (continued)*

*Estimated Annual Income:* An estimate of the yearly income or dividend payments that will be made to an account for a particular security holding. Please note that the Annual Income Estimate is based off of the most recent quarterly dividend paid per security and is purely an estimate of future dividend distributions. There is no guarantee with regard to future dividend distributions and a stock may cease to distribute dividends at any time. SEI cannot guarantee the accuracy or completeness of this information.

*Individual Portfolio "(i)":* Income transactions and Invested Income assets.

*Your Portfolio Activity Detail:* A ledger of your portfolio transactions.

*Units:* Based on the type of activity, either the number of units that received a cash distribution (such as a dividend or interest payment), the number of units purchased/acquired, or the number of units sold/withdrawn.

*Value/Unit:* The purchase/sale/reinvestment price for one unit of the transaction.

*Cash Amount:* The total amount of dollars disbursed or received from the transaction.

*Realized Gain / Loss:* The difference between the original cost vs. the net proceeds of a sold security. If the proceeds exceed the cost, a gain is realized. If the cost exceeds the proceeds, a loss is realized.

*Messages and Notices (continued)*

## *Statement of Value and Activity*

*January 31, 2008 - December 31, 2008*

NOTICE OF PRIVACY PRACTICES

Important Information Abont the Personal Data Yonr Bank Collects, and How It Is Used

Christiona Bank & Trust Company
3801 Kennett Pike, Suite C-200
Greenville, DE 19807
(302) 421-5800
www.christianabank.com

To assure the continued privacy and confidentiality of your personal financiol information, yonr bank observes these practioes and procednres:

<u>Information We Collect</u>

We collect nonpublic information about yon from somo or all of the following sources:

* Information we receive from you on applioations or other forms;
* Information about your transaotions with us, onr affiliotes, or others; and,
* Information we receive from a consumer reporting agency.

<u>Information We Disclose</u>

We do not disclose any nonpublic personol information about onr customers and former customors to affiliates or non-affiliated third parties excegt as permitted by law.

<u>Our Security Measures</u>

We restrict access to nonpublic infbrmation about you to those employees who need to know thoi iniormation to provioa products or Services to you. We maintain physical, electronic and procedural safeguards thot comply with Federal regalations io gnard yobr nonpublio Personal information.

*Customers and members of the public may receive copies of this notice of privacy practices by contacting as.*

*This notification meets the notification requirements of the joint regulatory agencies final rules on privacy of consumer information,*
*15 USC. 6801*

Charter Oak Trust - Aocount # CH125161-0                                                              Page 13 of 13

0002189 - 0800191

NOVA001549

NOVA001550
0002189 - 0800191