IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITAS EDUCATION, LLC and RIDGEWOOD FINANCE II LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC.,<br><br>Defendants. | Civil Action No. 3:15-CV-00911-VLB |

**PLAINTIFF'S MOTION TO STRIKE HEARSAY STATEMENTS AND STATEMENTS NOT BASED ON PERSONAL KNOWLEDGE FROM THE MEMORANDUM AND DECLARATION IN SUPPORT OF DEFENDANT UNIVERSITAS, LLC'S <u>MOTION TO STAY LITIGATION AND COMPEL ARBITRATION</u>**

Plaintiff Wilmington Savings Fund Society, FSB ("WSFS"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(f), to strike those portions of defendant Universitas Education, LLC's motion to stay litigation and compel arbitration (Dkt. No. 30) and the Declaration of Shannon Lang in Support of the Motion to Stay Litigation and Compel Arbitration (Dkt. No. 31-2) that are not based on competent evidence. In support of this Motion to Strike, WSFS files a Memorandum of Law herewith.

WHEREFORE, Plaintiff Wilmington Savings Fund Society, FSB, respectfully requests that the Court grant this motion to strike for the foregoing reasons as well as the reasons set forth in its Memorandum of Law and enter any further relief that the Court deems just and proper.

Dated: August 14, 2015

                      THE PLAINTIFF,

                      WILMINGTON SAVINGS FUND SOCIETY FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY

                      By CUMMINGS & LOCKWOOD LLC
                      Its Attorneys

                      <u>/s/ David T. Martin</u>
                      John W. Cannavino (ct06051)
                      David T. Martin (ct27851)
                      Six Landmark Square
                      Stamford, CT 06901
                      Tel.: (203) 327-1700
                      Fax: (203) 708-3865
                      E-mail: dmartin@cl-law.com

                      *and*

                      Joseph P. Davis III
                      Greenberg Traurig, LLP
                      One International Place
                      Boston, MA 02110
                      Tel.: (617) 310-6000
                      Fax.: (617) 310-6001

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

**<u>/s/ David T. Martin (ct27581)</u>**
**Cummings & Lockwood LLC**
**Six Landmark Square**
**Stamford, CT 06901**
**Phone: 203-327-1700**
**Fax: 203-351-4534**
**E-mail:   dmartin@cl-law.com**

3161391_1.docx 8/14/2015