# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO: 3:15-CV-00911-VLB |
| UNIVERSITAS EDUCATION, LLC, and RIDGEWOOD FINANCE II, LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC., | § § § § § § | |
| *Defendants*. | § | August 28, 2015 |

### DECLARATION OF SHANNON A. LANG IN SUPPORT OF UNIVERSITAS EDUCATION, LLC'S REPLY IN SUPPORT OF ITS MOTION TO STAY LITIGATION AND COMPEL ARBITRATION AND RESPONSE TO PLAINTIFF'S MOTION TO STRIKE EVIDENCE

I, Shannon A. Lang, declare and state as follows:

1. I am attorney with Sturm Law, PLLC, and represent Defendant Universitas Education, LLC ("Universitas"), in the above-captioned action.[1] I have personal knowledge of the facts stated herein and am authorized to submit this declaration in support of Universitas' Reply in Support of its Motion to Stay Litigation and Compel Arbitration and Response to Plaintiff's Motion to Strike Evidence ("Reply and Response").

2. Attached as Exhibit B to Universitas' Reply and Response is a true and correct copy of Universitas' Notice of Arbitration and Amended Statement of

---

[1] My application for admission to the United States District Court for the District of Connecticut has been approved and will be granted upon my swearing in on September 14, 2015.

Claim, filed with the American Arbitration Association on August 26, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2015.

_____
Shannon A. Lang