IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO: 3:15-CV-00911-VLB |
| UNIVERSITAS EDUCATION, LLC, and RIDGEWOOD FINANCE II, LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC., | § § § § § § | |
| *Defendants*. | § | September 24, 2015 |

## NOTICE OF APPEARANCE OF COUNSEL

Please TAKE NOTICE that Shannon A. Lang hereby enters her appearance on behalf of Defendant Universitas Education, LLC. Ms. Lang's contact information is as follows:

>Shannon A. Lang
>Federal Bar No. ct29840
>STURM LAW, PLLC
>723 Main Street, Suite 330
>Houston, Texas 77004
>(713) 955-1800 tel.
>(713) 955-1078 fax
>slang@sturmlegal.com

//

//

//

1

Dated:  September 24, 2015						Respectfully submitted,


									**/s/ *Shannon A. Lang*		**
									**John M. Wolfson**
									**Federal Bar No. ct03538**
									**jwolfson@feinerwolfson.com**
									**Benjamin M. Wattenmaker**
									**Federal Bar No. ct26923**
									**bwattenmaker@feinerwolfson.com**
									**One Constitution Plaza, Suite 900**
									**Hartford, Connecticut  06103**
									**(860) 713-8900 tel.**
									**(860) 713-8905 fax**

									**Shannon A. Lang**
									**Federal Bar No. ct29840**
									**STURM LAW, PLLC**
									**723 Main Street, Suite 330**
									**Houston, Texas  77002**
									**(713) 955-1800 tel.**
									**(713) 955-1078 fax**
									**slang@sturmlegal.com**


									***Attorneys for Defendant***
									***Universitas Education LLC***

# CERTIFICATE OF SERVICE

I certify that on September 24, 2015, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which should have generated electronic notification to all counsel of record:

David T. Martin
dmartin@cl-law.com
John Cannavino
jcannavino@cl-law.com
CUMMINGS & LOCKWOOD, LLC
Six Landmark Square
Stamford, Connecticut 06901
(203) 327-1700 tel.
(203) 708-3865 fax

Joseph P. Davis, III
davisjo@gtlaw.com
GREENBERG & TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
(617) 310-6204 tel.
(617) 279-8403 fax

*Attorneys for Plaintiff Wilmington Savings Fund Society, FSB, as successor-in-interest to Christiana Bank & Trust Company*

Scott M. Harrington
sharrington@dmoc.com
DISERIO, MARTIN, O'CONNOR & CASTIGLIONI, LLP
One Atlantic Street
Stamford, Connecticut 06901
(203) 358-0800 tel.

Howard J. Kaplan
hkaplan@kaplanrice.com
Sarah L. Depew
sdepew@kaplanrice.com
KAPLAN RICE, LLC
142 West 57th Street, Suite 4A
New York, New York 10019
(212) 333-0219 tel.
(212) 235-0301 fax

*Attorneys for Ridgewood Finance II, as successor-in-interest to Ridgewood Finance, Inc.*

/s/ Shannon A. Lang
Shannon A. Lang