# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO: 3:15-CV-00911-VLB |
| UNIVERSITAS EDUCATION, LLC, and RIDGEWOOD FINANCE II, LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC., | § § § § § § | |
| *Defendants*. | § | October 28, 2015 |

## DEFENDANT UNIVERSITAS EDUCATION LLC'S OBJECTIONS & RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION

To: Plaintiff WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, by and through its attorney of record, David T. Martin, CUMMINGS & LOCKWOOD, LLC, Six Landmark Square, Stamford, Connecticut, 06901, via facsimile (203.708.3865) and electronic mail (dmartin@cl-law.com).

Pursuant to Federal Rule of Civil Procedure 36(a), Defendant Universitas Education, LLC ("Universitas"), serves its Objections & Responses to Plaintiff's First Requests for Admission. Universitas' responses are based on its investigation to date of the facts and issues in dispute. Universitas reserves the right to amend or supplement its responses as necessary and required under applicable rules and law. Universitas' responses herein are not intended to, and should not be construed as, any concession that the information provided is relevant or admissible in any further proceedings in this action; Universitas reserves all objections to the admissibility of such information.

Neither the service of these Objections and Responses, nor anything stated herein, is intended or should be construed as a waiver of any argument made by Universitas in any pending

1

motion or as any indication that Universitas concedes that this matter is properly before this Court.

Respectfully submitted,

/s/ Shannon A. Lang
John M. Wolfson
jwolfson@feinerwolfson.com
Benjamin M. Wattenmaker
bwattenmaker@feinerwolfson.com
**FEINER WOLFSON LLC**
One Constitution Plaza, Suite 900
Hartford, Connecticut 06103
(860) 713-8900 tel.
(860) 713-8905 fax

Charles A. Sturm
csturm@sturmlegal.com
Shannon A. Lang
slang@sturmlegal.com
**STURM LAW, PLLC**
723 Main Street, Suite 330
Houston, Texas 77002
(713) 955-1800 tel.
(713) 955-1078 fax

*Attorneys for Defendant
Universitas Education LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, a true and correct copy of the foregoing document was served upon all counsel of record via electronic mail.

John W. Cannavino
jcannavino@cl-law.com
David T. Martin
dmartin@cl-law.com
CUMMINGS & LOCKWOOD LLC
Six Landmark Square
Stamford, Connecticut 06901
(203) 327-1700 tel.
(203) 708-3865 fax

Joseph P. Davis, III
davisjo@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
(617) 310-6000 tel.
(617) 310-6001 fax

*Attorneys for Plaintiff Wilmington Fund Society, FSB,*
as successor-in-interest to *Christiana Bank & Trust Company*

Scott M. Harrington
sharrington@dmoc.com
DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP
One Atlantic Street
Stamford, Connecticut 06901
(203) 358-0800 tel.
(203) 348-2321 fax

Howard J. Kaplan
hkaplan@kaplanrice.com
KAPLAN RICE LLP
142 West 57th Street, Suite 4A
New York, New York 10019
(212) 235-0300 tel.
(212) 332-3401 fax

*Attorneys for Defendant Ridgewood Finance II LLC,*
as successor-in-interest to *Ridgewood Finance, Inc.*

/s/ Shannon A. Lang
Shannon A. Lang

## OBJECTIONS & RESPONSES TO PLAINTIFF'S INSTRUCTIONS AND DEFINITIONS

1. Universitas objects to Plaintiff's Definition D to the extent Plaintiff seeks materials protected by the attorney-client privilege, work product doctrine, or similar privilege or protection from disclosure.

2. Universitas objects to Plaintiff's Definition F to the extent it suggests that the "Grist Mill COT" was different or separate from the "Nova COT." Universitas defines "Grist Mill COT" to refer merely to the document titled "Charter Oak Trust Declaration of Trust" that lists Grist Mill Capital, LLC, as the (proposed) Plan Sponsor.

3. Universitas objects to each of Plaintiff's "Instructions" and "Definitions" to the extent any seeks a response in excess of that required under applicable rules or law.

## OBJECTIONS & RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Attached as Exhibit A is a true and correct copy of the Declaration of Trust entered into by Plan Sponsor, Grist Mill Capital, LLC, effective as of October 1, 2006.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 2:**

The Declaration of Trust attached as Exhibit A is signed by Jack E. Robinson on behalf of the Plan Sponsor, Grist Mill Capital.

**RESPONSE:** Denied.

**RESPONSE FOR ADMISSION NO. 3:**

The Declaration of Trust attached as Exhibit A, previously defined as the Grist Mill COT, is a draft document.

**RESPONSE:** Universitas objects that the Request is vague and ambiguous in that "draft document" is not defined.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request.

**REQUEST FOR ADMISSION NO. 4:**

Attached as Exhibit B is a true and correct copy of the Declaration of Trust entered into by Plan Sponsor, Nova Group, Inc., effective as of October 1, 2006.

**REQUEST:**

Universitas objects that the Request is vague and ambiguous.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request.

**REQUEST FOR ADMISSION NO. 5:**

The Declaration of Trust attached as Exhibit B, contains a typed electronic signature of Wayne Bursey on behalf of the Plan Sponsor, Nova.

**RESPONSE:** Universitas objects that the Request is vague and ambiguous. Universitas objects that the document speaks for itself.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request.

**REQUEST FOR ADMISSION NO. 6:**

Universitas is a beneficiary of the Nova COT.

**RESPONSE:** Universitas objects that the Request is vague and ambiguous.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust.

## REQUEST FOR ADMISSION NO. 7:

Universitas is not a beneficiary of the Grist Mill COT.

**RESPONSE:** Universitas objects that the Request is vague and ambiguous.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust.

## REQUEST FOR ADMISSION NO. 8:

The claims asserted by Universitas against WSFS in the arbitration captioned *Universitas Education, LLC v. Wilmington Savings Fund Society, FSB,* as successor-in-interest to *Christiana Bank and Trust company,* Case No. 01-15-0003-1194, are based on Universitas' contention that it is a beneficiary of the Nova COT.

**RESPONSE:** Universitas objects that the Request is vague and ambiguous.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust.

## REQUEST FOR ADMISSION NO. 9:

Universitas has no evidence that Christiana, while acting as the insurance trustee, was provided a copy of the Nova COT.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 10:**

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed that the Grist Mill COT was a draft.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 11:**

The Grist Mill COT does not contain any marking or notation stating that it is a draft.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Universitas objects that the document speaks for itself.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 12:**

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed that the Grist Mill COT was a draft of the Nova COT.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

### REQUEST FOR ADMISSION NO. 13:

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed of the death of Sash Spencer.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

### REQUEST FOR ADMISSION NO. 14:

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed of Universitas' demand for payment of the death benefit for Sash Spencer.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to

Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 15:**

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed of the lawsuit filed by Bursey against Lincoln National seeking payment of the death benefit for Sash Spencer.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 16:**

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed of the payment of the Sash Spencer death benefits by Lincoln National.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to

the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 17:**

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed that the Sash Spencer death benefits were not paid over to Universitas.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 18:**

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed of the Universitas demand in the Arbitration.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of

the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

**REQUEST FOR ADMISSION NO. 19:**

Universitas has no evidence that Christiana, while acting as the insurance trustee, was informed that Christiana consented to serve as the insurance trustee of the Nova COT.

**RESPONSE:** Universitas objects that the Request seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections, upon reasonable inquiry, Universitas lacks knowledge or information sufficient to form a belief about the truth or falsity of the Request. Universitas is a beneficiary of the Charter Oak Trust. Universitas directs Plaintiff to the Notice of Arbitration & Statement of Claim and the Notice of Arbitration & Amended Statement of Claim filed in the arbitration giving rise to this lawsuit, Universitas' Motion to Compel Arbitration and Memorandum of Law in Support filed in this lawsuit, and all documents and testimony referred to therein.

//

//

//