IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLMINGTON SAVINGS FUND SOCIETY FSB | : | CIVIL ACTION NO. 3:15-cv-00911-VLB |
| Plaintiff, | : | |
| V. | : | |
| UNIVERSITAS EDUCTION, LLC, et al., | : | |
| Defendant | : | FEBRUARY 2, 2016 |

## NOTICE OF APPEARANCE

Please enter my appearance at attorney for non-party **HALLORAN & SAGE LLP** in the above-entitled case.

**NON-PARTY
HALLORAN & SAGE LLP**

By: /s/ Joseph J. Arcata, III
Joseph J. Arcata, III (#ct27104)
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Phone: (860) 297-4634
Fax: (860) 548-0006
E-Mail: arcata@halloransage.com

## CERTIFICATION

I hereby certify that on February 2, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/Joseph J. Arcata, III
Joseph J. Arcata, III

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105