IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLMINGTON SAVINGS FUND SOCIETY FSB | : | CIVIL ACTION NO. 3:15-cv-00911-VLB |
| Plaintiff, | : | |
| V. | : | |
| UNIVERSITAS EDUCTION, LLC, et al., | : | |
| Defendant | : | FEBRUARY 3, 2016 |

### NON-PARTY HALLORAN & SAGE LLP'S MOTION TO QUASH

Pursuant to Rules 26(c) and 45 of the Federal Rules of Civil Procedure and Local Rule 7, Halloran & Sage LLP ("Movant") , a Connecticut partnership which is not a party to the above-captioned case, hereby moves to quash the Subpoena to Produce Documents ("subpoena") which was issued by counsel for the plaintiff, Willmington Savings Fund Society, FSB ("plaintiff"), and served on the Movant on or about December 28, 2015.  The Movant moves to quash the subpoena because the document requests at issue are objectionable on several grounds, including privilege and undue burden.  The plaintiff should be required to seek discovery from the defendant, Universitas, before resorting to non-party discovery, particularly non-party discovery directed to a law firm.  The Movant certifies that written and telephone attempts were made to resolve the issues raised in this Motion but said attempts were unsuccessful.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, the Movant requests that the Court grant its motion to quash the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

subpoena in its entirety, or in the alternative, enter a protective order limiting the scope of production.

NON-PARTY
HALLORAN & SAGE LLP

By: /s/ Joseph J. Arcata, III
Joseph J. Arcata, III (#ct27104)
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Phone: (860) 297-4634
Fax: (860) 548-0006
E-Mail: arcata@halloransage.com

## CERTIFICATION

I hereby certify that on February 3, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/Joseph J. Arcata, III
Joseph J. Arcata, III

1965258v.1

