# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB**, as successor-in-interest to **CHRISTIANA BANK & TRUST COMPANY**, <br><br>Plaintiff, <br><br>v. <br><br>**UNIVERSITAS EDUCATION, LLC** and **RIDGEWOOD FINANCE II LLC**, as successor-in-interest to **RIDGEWOOD FINANCE, INC.**, <br><br>Defendants. | Civil Action No. 3:15-CV-00911-VLB |

## PLAINTIFF WILMINGTON SAVINGS FUND SOCIETY FSB'S MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ. R. 7(c)1, plaintiff Wilmington Savings Fund Society, FSB ("WSFS"), by and through its undersigned counsel, respectfully moves this Court to reconsider the portion of its February 17, 2016 Memorandum of Decision (D.I. 105) granting defendant Universitas Education, LLC's ("Universitas") motion to compel arbitration and denying a stay of proceedings.

As set forth in WSFS's attached supporting memorandum of law, evidence and disputed material facts overlooked by the Court compel reconsideration.

**ORAL ARGUMENT REQUESTED**

Dated: March 2, 2016

THE PLAINTIFF,

WILMINGTON SAVINGS FUND SOCIETY FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY

By CUMMINGS & LOCKWOOD LLC
Its Attorneys

**/s/ David T. Martin**
**John W. Cannavino (ct06051)**
**David T. Martin (ct27851)**
**Six Landmark Square**
**Stamford, CT 06901**
**Tel.: (203) 327-1700**
**Fax: (203) 708-3865**
**E-mail: dmartin@cl-law.com**

*and*

Joseph P. Davis III
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel.: (617) 310-6000
Fax.: (617) 310-6001
E-mail: davisjo@GTLAW.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

**/s/ David T. Martin**
**Cummings & Lockwood LLC**
**Six Landmark Square**
**Stamford, CT 06901**
**Tel.: (203) 327-1700**
**Fax: (203) 708-3865**
**E-mail: dmartin@cl-law.com**

```
3225957_1.docx 3/2/2016
```