# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITAS EDUCATION, LLC and RIDGEWOOD FINANCE II LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC., <br><br> Defendants. | Civil Action No. 3:15-CV-00911-VLB |

## DECLARATION OF DAVID T. MARTIN IN SUPPORT OF MOTION FOR RECONSIDERATION

I, David T. Martin, verify under oath and state as follows:

1. I am over 18 years of age and believe in the obligation of an oath.

2. I am a Principal at the law firm of Cummings & Lockwood LLC.

3. I make this Affidavit in support of Plaintiff, Wilmington Savings Fund Society FSB, as successor-in-interest to Christiana Bank & Trust Company Motion for Reconsideration filed herewith.

4. In early January 2016, in reviewing the record of case 1:11-cv-01590-LTS-HBP filed in the Southern District of New York, I became aware that a letter dated August 19, 2010, from Universitas Education, LLC ("Universitas") to the arbitration administrator in connection with Universitas's arbitration proceeding against Nova Group, Inc. and its affiliates stating that Universitas was dropping all claims against Grist Mill Capital LLC and no arbitration agreement existed

1

between Universitas and Grist Mill Capital LLC was filed as an attachment to an affidavit of Daniel E. Carpenter in support of an opposition to a motion of Universitas for turnover and permanent injunction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed on: March 2, 2016

_____
David T. Martin