# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR-IN-INTEREST TO CHRISTIANA BANK & TRUST COMPANY, | |
| V. | NO. 3:15-cv-911-VLB |
| UNIVERSITAS EDUCATION, LLC, AND RIDGEWOOD FINANCE II, LLC, AS SUCCESSOR-IN-INTEREST TO RIDGEWOOD FINANCE, INC. | |

## JUDGMENT

This action having come on for consideration of: Ridgewood's motions to dismiss doc. #26, and doc. #41, Wilmington's motion to remand to state court doc. #19, and Universitas's motion to stay and compel arbitration doc. #30, before the Honorable Vanessa L. Bryant, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, denied Wilmington's motion to remand to state court and for costs and attorney fees, granted Ridgewood's motion to dismiss, struck the amended complaint's attempt to seek a new declaratory judgment ruling against Ridgewood, denied as moot Ridgewood's motion to dismiss the amended complaint, granted Wilmington's motion to strike, granted Universitas's motion to compel arbitration, and denied Universitas's motion for a stay.  It is therefore;

ORDERED, ADJUDGED and DECREED that judgment enter in favor of Universitas and Ridgewood.

Dated at Hartford, Connecticut, this 11th day of March, 2016.

ROBIN D. TABORA, Clerk

EOD: 03/11/16

By /s/CF
Chester Fernández, Deputy Clerk