IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor-in-interest to CHRISTIANA BANK & TRUST COMPANY, § § § § § | | |
| *Plaintiff*, § § | | |
| v. § § | CIVIL ACTION NO: 3:15-CV-00911-VLB | |
| UNIVERSITAS EDUCATION, LLC, and RIDGEWOOD FINANCE II, LLC, as successor-in-interest to RIDGEWOOD FINANCE, INC., § § § § § | | |
| *Defendants*. § | October 10, 2016 | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule 7(e) of the District of Connecticut Local Rules of Civil Procedure, Shannon A. Lang hereby moves for leave to withdraw as counsel of record for Defendant Universitas Education, LLC ("Universitas"). In support of this Motion, Universitas states as follows:

I. **Factual & Procedural History**

1. On April 6, 2015, Universitas, represented by the undersigned counsel, filed with the American Arbitration Association its Notice of Arbitration and Statement of Claim against Wilmington Savings Fund Society, FSB, as successor-in-interest to Christiana Bank & Trust Company ("WSFS").

2. On May 14, 2015, WSFS filed its Original Complaint in the Superior Court for the State of Connecticut against, *inter alia*, Universitas, seeking a declaratory judgment that no agreement arbitrate existed between Universitas and WSFS.

1

3. On June 12, 2015, Universitas, represented by the undersigned and by Feiner Wolfson, LLC, timely removed the state court case to this Court.

4. On July 24, 2015, Universitas filed its Motion to Compel Arbitration (Dkt. # 30).

5. Thereafter, the parties engaged in discovery and other motion practice.

6. On February 17, 2016, the Court granted Universitas' Motion to Compel Arbitration (Dkt. # 105).

7. WSFS subsequently filed a Motion for Reconsideration of the Court's Order (Dkt. # 107). That motion has been fully briefed and is pending before the Court.

II. <u>Argument</u>

8. In recent months, there has been a breakdown in the attorney-client relationship that prevents the undersigned counsel from effectively representing Universitas in this case.

9. There are no urgent matters in this case requiring Universitas' immediate attention. Universitas has been given notice of Ms. Lang's intent to withdraw and a copy of this motion is being sent to Universitas via certified mail.

10. The undersigned understands that Universitas has retained or is in the process of retaining other counsel to represent it in this matter. No prejudice should result from Ms. Lang's request.

11. Counsel for WSFS, Joseph Davis, has indicated that WSFS is not opposed to this request.

Thus, for the reasons set forth herein and in accordance with applicable rules and law, Ms. Lang respectfully requests that this motion be granted and that Shannon A. Lang be permitted to withdraw as counsel of record for Defendant Universitas Education, LLC.

Respectfully submitted,

/s/ *Shannon A. Lang*
**John M. Wolfson**
**Federal Bar No. ct03538**
**jwolfson@feinerwolfson.com**
**Benjamin M. Wattenmaker**
**Federal Bar No. ct26923**
**bwattenmaker@feinerwolfson.com**
**FEINER WOLFSON LLP**
**One Constitution Plaza, Suite 900**
**Hartford, Connecticut  06103**
**(860) 713-8900 tel.**
**(860) 713-8905 fax**

**Shannon A. Lang**
**Federal Bar No. ct29840**
**BURFORD PERRY, LLC**
**700 Louisiana Street, Suite 4545**
**Houston, Texas  77002**
**(713) 401-9790 tel.**
**(713) 993-7739 fax**
**slang@burfordperrry.com**

*Attorneys for Defendant*
*Universitas Education LLC*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2016, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which should have generated electronic notification to all counsel of record:

David T. Martin
dmartin@cl-law.com
John Cannavino
jcannavino@cl-law.com
CUMMINGS & LOCKWOOD, LLC
Six Landmark Square
Stamford, Connecticut  06901
(203) 327-1700 tel.
(203) 708-3865 fax

Joseph P. Davis, III
davisjo@gtlaw.com
GREENBERG & TRAURIG, LLP
One International Place
Boston, Massachusetts  02110
(617) 310-6204 tel.
(617) 279-8403 fax

*Attorneys for Plaintiff Wilmington Savings Fund Society, FSB, as successor-in-interest to Christiana Bank & Trust Company*

Scott M. Harrington
sharrington@dmoc.com
DISERIO, MARTIN, O'CONNOR & CASTIGLIONI, LLP
One Atlantic Street
Stamford, Connecticut  06901
(203) 358-0800 tel.

Howard J. Kaplan
hkaplan@kaplanrice.com
Sarah L. Depew
sdepew@kaplanrice.com
KAPLAN RICE, LLC
142 West 57th Street, Suite 4A
New York, New York  10019
(212) 333-0219 tel.
(212) 235-0301 fax

*Attorneys for Ridgewood Finance II, as successor-in-interest to Ridgewood Finance, Inc.*

I certify that on October 10, 2016, a true and correct copy of the foregoing document was served on Universitas Education, LLC, by certified first class mail.

/s/ *Shannon A. Lang*
Shannon A. Lang